NEW JERSEY ALUMINUM COMPANY, RESPONDENT, v. CHARMS COMPANY, APPELLANT.

Submitted May 31, 1929—Decided February 3, 1930.

For the respondent, *Lum, Tamblyn & Colyer.*

For the appellant, *Charles S. Smith.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.